# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) **MARIANNE WHITLOW,** | ) |
| Plaintiff(s), | ) |
| v. | ) |
| 1) **STATE FARM FIRE and CASUALTY COMPANY,**<br>2) **MIKE MUECKE INSURANCE AGENCY, INC., and**<br>3) **BUCKY FERMAN FOY COLLIER, JR.,** | ) Case No.   14-cv-00439-SPS |
| Defendant(s). | ) |

## STIPULATION OF PARTIAL DISMISSAL

COMES NOW, Plaintiffs and Defendants, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal without prejudice of Defendants, Mike Muecke Insurance Agency, Inc., and Bucky Ferman Foy Collier, Jr. Plaintiffs specifically reserve all claims and causes of actions as to any other Defendants named or unnamed.

Respectfully submitted,

s/J.Drew Houghton_____
J. DREW HOUGHTON, OBA #18080
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Telephone:  (405) 232-8080
Facsimile:  (405) 601-1103
dhoughton@fosheeyaffe.com
Attorneys for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

Benjamin G. Kemble
David V. Jones
21 E. Main Street, Suite 101
Oklahoma City, OK  73104
Telephone:     405-601-8713
Facsimile:       405-232-8330
**Attorneys for Defendants, State Farm Fire & Casualty Company,
Mike Muecke Insurance Agency, Inc., and Bucky Ferman Foy Collier, Jr.**

s/J.Drew Houghton_____
J. DREW HOUGHTON, OBA #18080