IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Marianne Whitlow, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-111-L |
| ) | |
| State Farm Fire and Casualty ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |

ADMINISTRATIVE CLOSING ORDER

On the representations from counsel for defendant that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 45 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 2nd day of September, 2015.

*Tim Leonard*
TIM LEONARD
United States District Judge